# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2026-1144
LT Case No. 2019-CF-003295-A

_____

DARRELL THOMPSON,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Darrell Thompson, Raiford, pro se.

James Uthmeier, Attorney General, and Brian A. Hofer,
Assistant Attorney General, Tallahassee, for Respondent.

July 31, 2026

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and treated as the notice of appeal from the December 3, 2024 order denying Appellant's Florida Rule of Criminal Procedure 3.850 motion for postconviction relief rendered in Case No. 2019-CF-003295-A, in the Circuit Court in and for Duval County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

WALLIS, EDWARDS, and EISNAUGLE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____